IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joyce D. Jones, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv904 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 3, 2013 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 22, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the Administrative Law Judge committed no error. The finding of non-disability is supported by substantial evidence in the record as a whole. Therefore, the Commissioner's decision to deny Plaintiff DIB benefits is **AFFIRMED**. This case is **CLOSED.**

IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court